# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DAWON WOODLEY, | Case No. CV 11-5581-CAS (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FCC PENITENTIARY, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: February 6, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE