# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DAWON WOODLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FCC PENITENTIARY, et al.,<br><br>　　　　　　Defendants. | Case No. CV 11-5581-CAS (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: February 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE